BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED

AUG 11 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 17-265 (CRB) 412 |
| Plaintiff, | **UNITED STATES' MOTION TO UNSEAL AND [PROPOSED] ORDER** |
| v. | |
| CARLITA FOWLER AND CARL PITTS, | |
| Defendant. | |

Upon the government's application, this Court previously granted the United States' motion to seal the above-captioned matter. The United States now moves to unseal this matter, including the Indictment and Arrest Warrants.

DATED: August 11, 2016

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Shailika Kotiya*

SHAILIKA S. KOTIYA
Assistant United States Attorney

1

# [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that the above-captioned matter shall be unsealed.

DATED: Aug. 11, 2017

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge